# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JOSEPH and WENDY KESSLAK,

    Plaintiffs,

v.                                          CASE NO.: 3:08cv303/MCR/MD

TOWER HILL PREFERRED INSURANCE
COMPANY, NICEVILLE INSURANCE
AGENCY, INC., MICK BLACKLEDGE,
NEITA BLACKLEDGE, and
VANETTE WEBB,

    Defendants,
_____/

NICEVILLE INSURANCE AGENCY, INC.,

    Third-Party Plaintiff,

v.

LANDAMERICA TAX AND FLOOD
SERVICES, a division of
LANDAMERICA ONESTOP, INC.,

    Third-Party Defendant.
_____/

## ORDER STAYING THE CASE

THIS CAUSE comes before the court on the Notice of Bankruptcy filed on behalf of Third-Party Defendant, LANDAMERICA ONESTOP, INC. (Doc. 50). LANDAMERICA has filed for Chapter 11 bankruptcy in the United States Bankruptcy Court for the Eastern District of Virginia, Case No. 09-37276. As a consequence of the bankruptcy petition, the case against this third-party defendant is automatically STAYED. *See* 11 U.S.C.A. § 362(a)(1) (West 2003). The stay shall remain in effect until the bankruptcy case is disposed of by the bankruptcy court. *See* 11 U.S.C.A. § 362(c) (West 2003).

Accordingly, it is hereby ordered that pursuant to the bankruptcy petition of Third-Party Defendant, LANDAMERICA ONESTOP, INC., this case against said third-party defendant is automatically STAYED. The stay shall remain in effect until the bankruptcy case has been disposed of by the bankruptcy court.

**DONE and ORDERED** on this 16th day of November, 2009.

                                 s/ *M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **UNITED STATES DISTRICT JUDGE**